UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,
Plaintiff,

v.

PEDRO LEON, JR.,
Defendant.

Case No. 21-cr-00090-CRB-1

**ORDER GRANTING STAY**

On November 18, 2026, Magistrate Judge Kaufman of the Central District of California granted Defendant Pedro Leon Jr. release on a $15,000 bond. The government immediately moved for a stay of the order of release, indicating that the government planned to appeal the decision. Judge Kaufman issued a stay of his order of release until November 20, 2026, at 4:00 p.m.

The government appealed the order of release in the Northern District of California, the District with original jurisdiction over Defendant's case. Defendant was initially indicted in this District in 2021, *see* 21-cr-00090-CRB. This matter is now before the undersigned judge as the general duty district judge.

The Court and Defendant's counsel are in receipt of the government's appeal of the release order. While the government has been unable to notice its motion on the 21-cr-00090-CRB docket because the case remains under seal, the Court understands that the government will do so as soon as it is able to and that there is a pending motion to unseal before the criminal duty magistrate judge.

The Court STAYS Magistrate Judge Kaufman's order of release until this matter can be fully briefed and heard. The Court SETS this matter for a hearing before Judge Breyer, the

United States District Court
Northern District of California

United States District Court
Northern District of California

assigned district judge, for Monday, November 23, 2026, at 10:00 a.m., in person. Defendant may file an opposition to the government's appeal by November 20, 2026, at 11:59 p.m.

The government shall transport Defendant Leon Jr. to this District in sufficient time for the hearing.

**IT IS SO ORDERED.**

Dated: November 20, 2026

Noël Wise
United States District Judge